## No. 13,168.

### Frink v. Carman Distributing Company.
(16 P. [2d] 1119)

Decided November 21, 1932.

Mr. A. X. Erickson, Mr. Emory L. O'Connell, for plaintiff in error.

Messrs. Davis & Wallbank, for defendant in error.

*En Banc.*

Per Curiam.

The defendant in error, the Carman Distributing Company, plaintiff below, confesses error. The judgment is accordingly reversed and the cause remanded for further proceedings.

## No. 13,172.

### Mills, Administrator v. Hammer.
(16 P. [2d] 1120)

Decided November 21, 1932.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. JOHN M. BOYLE, Mr. A. C. R. SWENSON, for plaintiff in error.

Mr. R. L. CHAMBERS, for defendant in error.

No. 13,197.

COLE ET AL. *v.* WOODRUFF.

No. 13,198.

COLE ET AL. *v.* GWARTNEY.
(16 P. [2d] 1119)

Decided November 21, 1932.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. WILLIAM T. BURRIS, for plaintiffs in error.

Mr. GEORGE M. CORLETT, Mr. CLAUDE W. CORLETT, Mr. M. T. HANCOCK, for defendants in error.